ORIGINAL

RECEIVED

APR 9 2007

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

07-230 C

Plaintiff(s) or Petitioner(s)
Humphrey A. Taylor

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Lorenzo W. Tijerina

Firm Name: Law Office of Lorenzo W. Tijerina

Post Office Box:

Street Address: 1911 Guadalupe Street

City-State-Zip: San Antonio, Texas 78207

Telephone & Facsimile Numbers: Telephone No. (210) 231-0112
Facsimile No. (210) 212-7215

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and or enrollment instructions.

Nature of Suit Code: 3 1 2

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. Award from the US Equal Employment Opportunity Commission's Judgment issued on or about July 15, 2004, and affirmed by the Office of Federal Operations on or about May 31, 2006. See attached Complaint.

Agency Identification Code: H L S

See attached sheet for three-digit codes.

Amount Claimed: $94,366.00

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ■ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.