# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **HUMPHREY A. TAYLOR,** | |
| **Plaintiff** | **No. 07-230C** |
| **v.** | **Filed: April 30, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

To discuss future proceedings in this case, the court **ORDERS** the parties to appear at a status conference on **Wednesday, June 13, 2007, at 2:30 p.m. E.D.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (210) 231-0112, and defendant's counsel at (202) 307-0315. Counsel for both parties may appear by telephone.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**