# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **HUMPHREY A. TAYLOR,** | |
| **Plaintiff**, | **No. 07-230C** |
| **v.** | **Filed: June 13, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court received the defendant's June 8, 2007 motion to dismiss in the above-captioned case, and held a status conference on June 13, 2007, with the parties appearing by telephone. As discussed at the status conference, on or before **Wednesday, June 20, 2007**, defendant shall file a revised and complete motion to dismiss. The accompanying brief shall be current and comprehensive, and shall specifically and fully address all outstanding claims, including the backpay claim addressed by plaintiff in his complaint and at the status conference, and shall include factual and legal discussions. Furthermore, to assist the court in understanding this case, defendant also shall include in the statement of the case section of its brief the plaintiff's claims which have not been compensated, and a brief explanation of why. Plaintiff's response brief and defendant's reply brief shall be filed in accordance with RCFC 7.2.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**