Mr. Tijerina,

Here is the breakdown of my position retroactive to June 3, 2001.

June 3, 2001 – I become a GS12-step 2 from an 11/step 5
June 2, 2002 – Position is upgraded to GS13-step 1 from a 12/step 2
June 1, 2003 – GS13-step 2 equivalent to 12/step 8
May 30, 2004 – GS13-step 3 equivalent to 12/step 10
May 29, 2005 – GS13-step 4 equivalent to 12/step 10
May 28, 2006 – GS13-step 4 equivalent to 12/step 10
May 27, 2007 – GS13-step 5 equivalent to 12/step 10

The last level that I would have reached would have been a 13/5 which on the pay table lists the base pay at $75,879. This is equivalent to a 12/10 which the pay table lists at $73,194.00. On my earnings and leave statement they only have me down for a GS12/5.

I will call you in the morning to see if we are still on for the teleconference with the Judge. Thanks....

Humphrey Taylor