**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**717 Madison Place, NW, Room 101**
**Washington, DC 20005**

| | | |
|---|---|---|
| **HUMPHREY A. TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **- v. -** | ) | **No. 07-230C (Judge Horn)** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | **August 21, 2007** |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR LEAVE OF THE COURT TO FILE HIS FIRST AMENDED COMPLAINT OUT OF TIME**

***Pursuant to Rule 7 of*** the ***US Court of Federal Claims comes now*** the Plaintiff Humphrey A. Taylor, through his undersigned counsel to formally move the Court for leave to permit the Plaintiff, to file his First Amended Complaint out of time. The Plaintiff's instant motion is grounded on the following facts and law:

1. *Rule 7* of the *Local Rules* of the US Court of Federal Claims (CFC) provides in part that a party may amend a pleading out of time upon leave of the Court.

2. On or about July 20, 2007, the undersigned filed the Plaintiff's First Amended Complaint before the Court. However, the undersigned inadvertently failed to move the Court for leave to file the Plaintiff's Amended Complaint.

Accordingly, the undersigned is now before the Court to move the Court for leave to file the July 20, 2007 First Amended Complaint.

WHEREFORE, premises considered, the Plaintiff's undersigned counsel respectfully requests that the Court grant leave and accept the Plaintiff's July 20, 2007 First Amended Complaint as filed.

Respectfully submitted,

/s/Lorenzo W. Tijerina
Lorenzo W. Tijerina, Attorney *for*
The Plaintiff, Humphrey A. Taylor
1911 Guadalupe Street
San Antonio, Texas 78207
Telephone No.(210) 231-0112
Facsimile No. (210) 212-7215

***Certificate of Service***

I hereby certify that on August 21, 2007, a copy of the foregoing Plaintiff's motion for leave to file his First Amended Complaint. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Lorenzo W. Tijerina
Lorenzo W. Tijerina, Attorney

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**717 Madison Place, NW, Room 101**
**Washington, DC 20005**

| | | |
|---|---|---|
| **HUMPHREY A. TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **- v. -** | ) | **No. 07-230C (Judge Horn)** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | **August 21, 2007** |
| **Defendant.** | ) | |

**ORDER**

The Court having examined the entire record in the instant matter finds that the Plaintiff's motion for leave to accept his First Amended Complaint filed on July 20, 2007, as timely filed is reasonable and meritorious. The Court hereby GRANTS the Plaintiff's motion for leave to file his First Amended Complaint out of time in the interest of justice and accepts the Plaintiff's First Amended Complaint filed on July 20, 2007, as timely filed.

So ordered this the ___________ day of August 2007.

______________________________________
Marian Blank Horn, Judge US Court of Federal Claims