**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**717 Madison Place, NW, Room 101**
**Washington, DC 20005**

| | | |
|---|---|---|
| **HUMPHREY A. TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **- v. -** | ) | **No. 07-230C (Judge Horn)** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | **August 21, 2007** |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR LEAVE OF THE COURT TO FILE A SUR-REPLY TO THE DEFENDANT'S REPLY TO THE PLAINTIFF'S OPPOSITION TO THE GOVERNMENT'S MOTION TO DISMISS**

***Pursuant to Rule 7 of*** the ***US Court of Federal Claims comes now*** the Plaintiff Humphrey A. Taylor, through his undersigned counsel to formally move the Court for leave to permit the Plaintiff, to file a sur-reply to the Defendant's reply to the Plaintiff's opposition to the Government's motion to dismiss. The Plaintiff's instant motion is grounded on the following facts and law:

1. At the Court's *Local Rule 15*, supplements to pleadings upon leave of the Court and in the interest of justice.

2. Before the Bar, the Defendant has attempted to argue that this Court lacks jurisdiction to hear the instant matter due to the underlying case being one of discrimination and whereby the Plaintiff was awarded his back pay and front pay as a GS-12 instructor that has subsequently been reclassified by the Office of Personnel and Management (OPM) to a GS-13 instructor.

3. The Plaintiff alleges that the Defendant has intentionally failed to comply with the specific mandated expressed language of its own promulgated regulations at *5*

*CFR § 550.805* and *29 CFR § 1614.501—.505.*

4. The Plaintiff contends that pursuant to *5 CFR § 550.805* and *29 CFR § 1614.501—.505* and the *Tucker Act* codified at *Title 28 USC § 1491*, this Court can and should exercise jurisdiction over the Plaintiff's claims.

WHEREFORE, the premises considered, the Plaintiff respectfully requests that the Court grant leave in the interest of justice for the Plaintiff to file his sur-reply to further address the issues raised by the Defendant and have the Court consider the Plaintiff's claims pursuant to *Title 28 USC § 1491* and *5 CFR § 550.805* and *29 CFR § 1614.501—.505.*

Respectfully submitted,

/s/Lorenzo W. Tijerina

Lorenzo W. Tijerina, Attorney *for*
The Plaintiff, Humphrey A. Taylor
1911 Guadalupe Street
San Antonio, Texas 78207
Telephone No. (210) 231-0112
Facsimile No. (210) 212-7215

***Certificate of Service***

I hereby certify that on August 21, 2007, a copy of the foregoing Plaintiff's Motion for leave to file Plaintiff's Sur-Reply to the Government's Response to the Plaintiff's Opposition to the Governments motion to dismiss. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Lorenzo W. Tijerina

Lorenzo W. Tijerina, Attorney