**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**717 Madison Place, NW, Room 101**
**Washington, DC 20005**

| | | |
|---|---|---|
| **HUMPHREY A. TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **- v. -** | ) | **No. 07-230C (Judge Horn)** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | **August 21, 2007** |
| **Defendant.** | ) | |

**O R D E R**

The Court having examined the entire record in the instant matter finds that the Plaintiff's motion for leave to file his sur-reply is reasonable and meritorious. The Court hereby GRANTS the Plaintiff's motion for leave to file his sur-reply to the Defendant's reply in the interest of justice.

So ordered this the ___________ day of August 2007.

______________________________
Marian Blank Horn, Judge US Court of Federal Claims