# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**HUMPHREY A. TAYLOR,**

**Plaintiff**,

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-230C**
**Filed: August 24, 2007**

## O R D E R

The court is in receipt of the plaintiff's August 21, 2007 motion for leave to file a sur-reply to the defendant's motion to dismiss. Defendant's counsel advised that he opposed the motion. However, in the interest of providing plaintiff an opportunity to address defendant's objections to jurisdiction, the court **GRANTS** the plaintiff's request to file a supplemental brief. Plaintiff's sur-reply is **FILED** by leave of the court. As discussed with defendant's counsel, defendant shall file a response to plaintiff's sur-reply on or before **Friday, August 31, 2007**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**