# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **HUMPHREY A. TAYLOR,** | |
| **Plaintiff**, | **No. 07-230C** |
| **v.** | **Filed: August 30, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court is in receipt of plaintiff's first amended complaint, submitted to the court electronically on July 20, 2007, and the plaintiff's August 21, 2007 motion for leave to file the first amended complaint, with another copy of the amended complaint attached. Defendant opposes the motion. However, because the submission attempts to cure defendant's objections to jurisdiction, and in this regard was accompanied by plaintiff's August 21, 2007 supplemental brief, also addressing jurisdiction, the court **GRANTS** plaintiff's motion. Plaintiff's first amended complaint shall be **FILED** as of July 20, 2007, by leave of the court. In order to afford defendant the opportunity to address the amended complaint, defendant's reply brief, currently due on or before Friday, August 31, 2007, shall be filed on or before **Friday, September 14, 2007**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**