FILED
APR 3 2008
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

**COURT OF FEDERAL CLAIMS**

**CASE NUMBER 07-230 C**

**HUMPHREY A. TAYLOR, Plaintiff**

**- v. -** **Notice of Appeal**

**UNITED STATES, Defendant**

Notice is hereby given that Humphrey A. Taylor, Plaintiff, in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the US Court of Federal Claims' Final Judgment, Case No. 07-230C, entered in this action on February 4, 2008.

Respectfully submitted,

Lorenzo W. Tijerina, Attorney *for*
Plaintiff Humphrey A. Taylor
1911 Guadalupe Street
San Antonio, Texas 78207
Telephone No. (210) 231-0112
Facsimile No. (210) 212-7215

RECEIVED
APR 03 2008
United States Court of Appeals For The Federal Circuit

# In the United States Court of Federal Claims

**No. 07-230 C**

**HUMPHREY A. TAYLOR**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed February 1, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice.

John S. Buckley
Acting Clerk of Court

February 4, 2008

By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.